

NOV 1 3 2018

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOMES FOR OUR TROOPS, INC., | CV 18–121–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ELEMENTS OF CONSTRUCTION, INC., | |
| Defendant. | |

Plaintiff Homes For Our Troops[1] moves for the admission of Brian P. Donnelly to practice before this Court in this case with Andrew Person and Steven Brown to act as local counsel. Mr. Donnelly's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiff's motion to admit Brian P. Donnelly *pro hac vice* (Doc. 17) is GRANTED on the condition that Mr. Donnelly shall do his own work. This means that Mr. Donnelly must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-

---

[1] Per the October 25, 2018 Scheduling Order, "the parties shall not use acronyms or initialisms to refer to agreements, parties, entities, or individuals in future filings." (Doc. 14 at 19.)

1

ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Donnelly, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 13th day of November, 2018.

Donald W. Molloy, District Judge
United States District Court