
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOMES FOR OUR TROOPS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELEMENTS OF CONSTRUCTION, INC., <br><br> Defendant. | CV 18–121–M–DWM <br><br><br> ORDER |

The parties having consented to the entry of a stipulated judgment as to Count III, (Doc. 34-1),

IT IS ORDERED that the parties' Stipulated Judgment (Doc. 34-2) is APPROVED. Fed. R. Civ. P. 58(b)(2)(B). The Clerk is directed to enter judgment as to Count III consistent with the Stipulated Judgment. Pursuant to the parties' Notice of Settlement, (Doc. 34), the plaintiff shall file to dismiss all remaining claims on or before February 19, 2019, at which time the March 25, 2019 trial will be vacated.

DATED this 14th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court