IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOMES FOR OUR TROOPS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ELEMENTS OF CONSTRUCTION, INC., <br><br> Defendant. | CV 18-121-M-DWM <br><br> JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, Homes for Our Troops, Inc. for Count III, Common-Law Indemnification, in the sum of $303,842.44, as well as interest at the rate of ten percent (10%) per annum from this date until paid.

Dated this 14th day of February, 2019.

TYLER P. GILMAN, CLERK

By: /s/ N. Stephens
N. Stephens, Deputy Clerk

