FILED

FEB 19 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| HOMES FOR OUR TROOPS, INC., | CV 18–121–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| ELEMENTS OF CONSTRUCTION, INC., | |
| Defendant. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the plaintiff's remaining claims are DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The trial set for March 25, 2019, is VACATED.

DATED this 19th day of February, 2019.

Donald W. Molloy, District Judge
United States District Court